UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
Young, Kevin R.
Young, Erinn

Case No. : 23-12501-VFP
Chapter 7
Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

On May 26, 2023, Jeffrey T. Testa, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the clerk: United States Bankruptcy Court, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, NJ 07102.

If an objection is filed, a hearing will be held before the Honorable VINCENT F. PAPALIA on June 27, 2023 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description | Value of Property | Liens on Property | Amount of Equity Claimed as Exempt |
|---|---|---|---|
| 153 MT. PLEASANT AVENUE, ROCKAWAY TWP., NJ 07801-0000, MORRIS COUNTY | The value of the property per CMA is $650,000.00. With 10% cost of sale and exemption, the sale value is $545,000.00 less carrying cost of the property including taxes, utilities and other maintenance. | Per M&T Bank, the principal balance on the mortgage is $565,642.68 | $40,000.00 |

Objections must be served on, and requests for additional information directed to:

NAME:            Jeffrey T. Testa

ME1 45042449v.1

| | |
|---|---|
| ADDRESS: | McCarter & English**,** Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4079 |
| TELEPHONE NO: | (973) 639-7939 |

ME1 45042449v.1

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-12501-VFP

Kevin R. Young  Chapter 7

Erinn Young

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 2
Date Rcvd: May 26, 2023  Form ID: pdf905  Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kevin R. Young, Erinn Young, 153 Mt. Pleasant Avenue, Dover, NJ 07801-1603 |
| 519873811 | + | Advanced Financial FCU, Attn: Snellings Law LLC, 2001 Route 46 Ste. 206, Parsippany, NJ 07054-1315 |
| 519873813 | + | Seidner Dentistry Assoc PC, Attn: Trojan Professional Services, 11075 Knott Ave., Ste. A, Cypress, CA 90630-5150 |
| 519873815 | + | Sportsmed PT, LLC, Attn: Fein Such Khan & Shepard, PC, 7 Century Drive, 2nd. Floor, Parsippany, NJ 07054-4603 |
| 519873814 | + | Sportsmed Physical Therapy, Attn: Summit Collection Services, 50 N Franklin Tpke Ste. 50, Ho Ho Kus, NJ 07423-1570 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 26 2023 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 26 2023 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:49 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519873812 | | Email/Text: camanagement@mtb.com | May 26 2023 20:54:00 | M&T Bank, PO Box 1056, Buffalo, NY 14240 |
| 519874103 | + | Email/PDF: gecsedi@recoverycorp.com | May 26 2023 21:00:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519873816 | | Email/Text: bankruptcy@td.com | May 26 2023 20:54:00 | TD Bank NA, PO Box 219, Lewiston, ME 04243 |
| 519873817 | + | Email/Text: jaxbanko@td.com | May 26 2023 20:53:00 | TD Bank NA, 4600 Touchton Rd., Ste. 400, Jacksonville, FL 32246-8299 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 26, 2023 | Form ID: pdf905 | Total Noticed: 12 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 28, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jeffrey Thomas Testa | jtesta@mccarter.com J118@ecfcbis.com,lrestivo@mccarter.com,agreen@mccarter.com |
| Robert L. Schmidt | on behalf of Joint Debtor Erinn Young robert@astschmidtlaw.com info@astschmidtlaw.com |
| Robert L. Schmidt | on behalf of Debtor Kevin R. Young robert@astschmidtlaw.com info@astschmidtlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5