Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−12501−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kevin R. Young | Erinn Young |
| 153 Mt. Pleasant Avenue | 153 Mt. Pleasant Avenue |
| Dover, NJ 07801 | Dover, NJ 07801 |

Social Security No.:
xxx−xx−1103                                                         xxx−xx−3122

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I  Diana L. Reaves , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Real Property @ 153 Mt. Pleasant Avenue, Rockaway, NJ.

Dated: June 21, 2023
JAN: dlr

Jeanne Naughton
Clerk